IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01446-MSK–KMT

DANIEL NEVAREZ,

    Plaintiff,

v.

NIAGRA CREDIT SOLUTIONS, INC., a New York corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

The "Stipulated Motion for Entry of Protective Order" (#8, filed September 3, 2008) is GRANTED. The Protective Order will be entered.

Dated: September 10, 2008